### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR518** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **RIGIBERTO HERNANDEZ-RODRIQUEZ,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order entered on this date,

IT IS ORDERED:

That Judgment is entered in favor of plaintiff and against defendant. The defendant's Motion under 28 U.S.C. § 2255 (Filing No. 68) is dismissed, with prejudice.

DATED this 8th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge