IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR518 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RIGOBERTO HERNANDEZ RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the following motions filed by the Defendant, Rigoberto Rodriguez Hernandez: a successive motion under 28 U.S.C. § 2255 (Filing No. 86); motion for leave to proceed in forma pauperis (Filing No. 87); and a "notice of appeal" considered as a motion to review sentence (Filing No. 89).

**Successive § 2255 Motion**

Rule 9 of the Rules Governing Section 2255 Proceedings provides: "Before presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. § 2255, para. 8." The Defendant's successive § 2255 motion is denied for lack of an order from the Eighth Circuit allowing this Court to consider the motion.

**Motion to Review Sentence**

The Defendant's notice of appeal is considered as a motion to review sentence. The Defendant argues that his sentence, imposed on February 14, 2005, is "illegal." The motion is denied. Had the motion been considered as a notice of appeal, it would have been stricken as out of time.

IT IS ORDERED:

1. The Defendant's successive motion under 28 U.S.C. § 2255 (Filing No. 86) is denied;

2. The Defendant's motion to review sentence (Filing No. 89) is denied;

3. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 87) is denied; and

4. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 17th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge