IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR518 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RIGOBERTO HERNANDEZ RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for an extension of time (Filing No. 91). There are no matters pending before the Court in this case.

Therefore,

IT IS ORDERED:

1. The Defendant's motion for an extension of time (Filing No. 91) is denied as moot; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 23rd day of March, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge